1365-14

# ELECTRONIC RECORD

COA # 02-12-00173-CR    OFFENSE: OTHER CRIMINAL

STYLE: Clevin Earl Brown, Jr. v. The State of Texas    COUNTY: Tarrant

COA DISPOSITION: AFFIRMED    TRIAL COURT: 432nd District Court

DATE: 09/04/14    Publish: NO    TC CASE #: 1273133R

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Clevin Earl Brown, Jr. v. The State of Texas    CCA #: 1365-14

_____APPELLANT'S_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____REFUSED_____    JUDGE: _____

DATE: 01/14/2015    SIGNED: _____    PC: _____

JUDGE: Per Curiam    PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**